## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 18, 2019

**Notice**

Ms. Margaret Sind Raben
Gurewitz & Raben
333 W. Fort Street, Suite 1400
Detroit, MI 48226

Mr. Timothy Michael Turkelson
Office of the U.S. Attorney
101 First Street, Suite 200
Bay City, MI 48708

> Re:  No. 18-1672
> *USA v. Calvin McReynolds, Jr.*

Dear Counsel:

   The Court has determined that oral argument is not required.  See I.O.P. 34(a)(4).  The case noted above is scheduled for submission to the Court on the briefs of the parties and the record on **Thursday, December 5, 2019**.  You will be promptly advised of the Court's decision, or any other order or direction it may issue.

>                             Sincerely yours,
>
>                             s/Jeanine R. Hance
>                             Calendar Deputy